IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY C. RICHARDS and GREGORY DAVID FRANCESCO GIORGI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, N.A.; CAL WESTERN RECONVEYANCE CORPORATION; and SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR MARIN COUNTY,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 10-1163 CW<br><br>ORDER CONCERNING PLAINTIFFS' OPPOSITION TO DEFENDANT CAL WESTERN RECONVEYANCE CORPORATION'S MOTION TO DISMISS |

　　　On May 12, 2010, Defendant Cal Western Reconveyance Corporation filed a motion to dismiss Plaintiffs Mary C. Richards and Gregory David Francesco Giorgi's complaint for failure to state a claim.  The motion was set for hearing on June 24, 2010 at 2:00 p.m.  Plaintiffs' opposition was due June 3.

　　　Plaintiffs have not responded to Defendant's motion. Plaintiffs shall file their opposition by June 10, 2010 and any reply shall be due June 17, 2010.  Defendant's motion shall be taken under submission on the papers.  The Court VACATES the hearing scheduled for June 24, 2010.

　　　**Failure by Plaintiffs to file an opposition to the motion by June 10 will result in the dismissal of their claims against Defendant Cal Western for failure to prosecute.**

　　　IT IS SO ORDERED.

Dated: June 4, 2010

　　　　　　　　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY C. RICHARDS and GREGORY DAVID FRANCESCO GIORGI,<br><br>        Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA N.A., et al.,<br><br>        Defendants.                              / | Case Number: CV10-01163 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

GREGORY DAVID FRANCESCO GIORGI
126 Stadium Avenue
Mill Valley, CA 94941

Mary C. Richards
126 Stadium Avenue
Mill Valley, CA 94941

Dated: June 4, 2010

                                            Richard W. Wieking, Clerk
                                            By: MP, Deputy Clerk