UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARDS, et al

                    Plaintiff(s),
                    (Petitioner)

-V-

BANK OF AMERICA N.A.

                    Defendant(s),
                    (Respondent)

Civil No. CV 10-01163 CW

ORDER RE APPEAL IN
FORMA PAUPERIS

USCA # 10-16005

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby ____✓____ GRANTED _____ DENIED

IT IS SO ORDERED.

DATED: AUG 1 3 2010

UNITED STATES DISTRICT JUDGE